Portfolio Recovery Associates, LLC, as Proxy of GE Money Bank, Respondent,
against
Abdelnaser Nofal, Also Known as Abdelnasset Nofal, Appellant. 




Abdelnaser Nofal, a/k/a Abdelnasset Nofal, appellant pro se.
Forster & Garbus, LLP, for respondent (no brief filed).

Appeal from an amended order of the City Court of Yonkers, Westchester County (Thomas Quinones, J.), entered August 30, 2018. The amended order denied defendant's motion to, in effect, vacate an order of that court dated June 27, 2018 denying, upon defendant's default in appearing for a traverse hearing, defendant's prior motion to vacate a default judgment of that court entered March 29, 2011 upon defendant's failure to appear or answer the complaint and, upon such vacatur, to grant his prior motion to vacate the default judgment.




ORDERED that the amended order entered August 30, 2018 is reversed, without costs, the branch of defendant's motion seeking to, in effect, vacate the order dated June 27, 2018 is granted, and the matter is remitted to the City Court for a new determination, following a traverse hearing, of the branch of defendant's motion seeking to grant his prior motion to vacate the default judgment.
For the reasons stated in Portfolio Recovery Assoc., LLC v Nofal (___ Misc 3d ___, 2020 NY Slip Op _____ [appeal No. 2018-2012 W C], decided herewith), the amended order entered August 30, 2018 is reversed, the branch of defendant's motion seeking to, in effect, vacate the order dated June 27, 2018 is granted, and the matter is remitted to the City Court for a new [*2]determination, following a traverse hearing, of the branch of defendant's motion seeking to grant his prior motion to vacate the default judgment.
RUDERMAN, J.P., ADAMS and TOLBERT, JJ., concur.

ENTER:
Paul Kenny
Chief Clerk
Decision Date: January 16, 2020